IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
ARKANSAS
CENTRAL DIVISION

JANE DOE                                                                                                 PLAINTIFF

vs.                                NO. 4:21-CV-591-JM

HOSPITALITY SOLUTIONS INC., d/b/a                    DEFENDANT
EXTENDASTAY MOTEL

vs.

RANDLE BLAIR                                      THIRD-PARTY DEFENDANT

## ORDER

Pending is a second motion for stay, or alternatively, for a continuance filed by third-party defendant Randle Blair. The Court is again faced with the competing interests of the plaintiff, and of the public, to get resolution in this civil proceeding and of Blair's constitutional rights in his criminal trial.

The criminal case against Blair and three co-defendants has been continued, not at Blair's request, and has been reset for trial on August 21, 2023.[1] For the reasons stated in the Court's order of December 15, 2022 (ECF No. 84), the Court finds that a short continuance is warranted in the interests of justice. *See Keating v. Office of Thrift Supervision,* 45 F.3d 322 (9th Cir.1995); *United States v. Kordel*, 397 U.S. 1, 12 n.27 (1970). This case is removed from its current setting of April 10, 2023. As before, a separate amended final scheduling order will be entered; it will allow the parties at least 30 days to conduct discovery following the resolution of the criminal trial.

---

[1] U.S. v. Gaines, et al., 2:21-cr-158-BSM-4, United States District Court of Arkansas, Eastern Division.

THEREFORE, Third-party defendant Randle Blair's motion for continuance is granted.  (ECF No. 88).

IT IS SO ORDERED this 16th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE