IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANE DOE                                                                                           PLAINTIFF

vs.                                         No. 4:21-cv-591-JM

HOSPITALITY SOLUTIONS INC., d/b/a
EXTENDASTAY MOTEL                                                                  DEFENDANT

vs.

RANDLE BLAIR                                                         THIRD-PARTY DEFENDANT

## ORDER

The parties have settled their disputes. Pursuant to the parties' stipulation (Doc. No. 119), the complaint and the third-party complaints are dismissed with prejudice. Each party will bear their own costs and attorney's fees.

IT IS SO ORDERED this 20th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE